# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

SHARON DALLAS, Administratrix of the Estate of
CHARLES DUYNES, THE DECEDENT, deceased

    *Plaintiff,*

v.

    CASE NO. 3:21cv349

SERGEANT CRAFT, *et al.*,

    *Defendants.*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants Craft, Johnson, Norris, and Moss, hereby file this joint stipulation of dismissal with prejudice, with each party bearing their own fees and costs.

Pursuant to *Kokkonen v. Guardian Life Insurance of America*, 511 U.S. 375 (1994), this Stipulation explicitly reserves jurisdiction in this Court to enforce the terms of the settlement agreement.

Dated: December 28, 2022

    Respectfully submitted,

    /s/ Edward A. Fiorella
    Edward A. Fiorella (VSB No. 26176)
    Fraim & Fiorella, PC
    Town Point Center
    150 Boush Street, Ste. 601
    Norfolk, VA 23510
    757-227-5900
    Email: eafiorella@ff-legal.com

    *Counsel for Plaintiff*

and

s/ Laura Maughan
Laura Maughan (VSB No. 87798)
Assistant Attorney General
Office of the Attorney General
Criminal Justice & Public Safety Division
202 North Ninth Street
Richmond, Virginia 23219
Telephone: (804) 786-0030
Fax:     (804) 786-4239
Email: lmaughan@oag.state.va.us

*Counsel for Defendants Craft, Johnson, Norris, and Moss*

# CERTIFICATE OF SERVICE

I electronically filed the forgoing document with the clerk of court for the United States District Court for the Eastern District of Virginia on December 28, 2022, using the CM/ECF system, which will send notification of such filing to all CM/ECF registered attorneys on the NEF.

s/ Laura Maughan
Laura Maughan (VSB No. 87798)
Assistant Attorney General

/s/ Edward A. Fiorella
Edward A. Fiorella (VSB No. 26176)
Fraim & Fiorella, PC