UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**SHARON DALLAS, Administratrix of the Estate of**
**CHARLES DUYNES, THE DECEDENT, deceased**

    *Plaintiff,*

                                                            **CASE NO. 3:21cv349**

**V.**

**SERGEANT CRAFT, et al.,**

    *Defendants.*

### JOINT MOTION SEEKING APPROVAL OF SETTLEMENT

*Comes Now* the Plaintiff, SHARON DALLAS, Administrator of the Estate of CHARLES DUYNES, deceased, and all respective parties, by counsel, pursuant to Section 8.01-50 of the Code of Virginia, and move this Court for approval of settlement and compromise of all claims arising out of the wrongful death of CHARLES DUYNES, and as part of this petition respectfully represent as follows:

    1.    That SHARON DALLAS qualified as Administratrix of the Estate of CHARLES DUYNES, deceased, before the clerk of the Circuit Court for the City of Norfolk, Virginia, on August 9, 2019.

    2.    That on or about June 2, 2019, CHARLES DUYNES died while in the custody of Sussex I State Prison.

    3.    That CHARLES DUYNES is survived by his six (6) children, Aryanna Duynes, Zyquan Stith, Azayah Palmer, Javil Painter, Adasia Butts, and Antonio Forrest, all of whom are persons entitled to share in the recovery resulting from the wrongful death of CHARLES DUYNES, pursuant to Virginia Code Ann. Section 8.01-53(A)(i).

4. While it is alleged that the death of CHARLES DUYNES was caused by the negligence of ARMOR CORRECTIONAL HEALTH SERVICES, SEJAL PATEL, MICHAEL PICIO, BENJAMIN ULEP, SHIRLEY ABOUHASSOUN-SEMLALI, TRACIE SEWARD, DAWNTE WALKER, MAKESHIA SYKES, CRYSTAL ALLEN, SGT. RONNIE CRAFT, OFFICER DWAYNE MOSS, SGT. BRANDON NORRIS, AND CPT. TORY JOHNSON, any such negligence is denied by them.

5. That ARMOR CORRECTIONAL HEALTH SERVICES, BENJAMIN ULEP, SHIRLEY ABOUHASSOUN-SEMLALI, TRACIE SEWARD, DAWNTE WALKER, MAKESHIA SYKES, and CRYSTAL ALLEN have agreed upon a settlement for the aggregate sum of One Hundred Thousand Dollars ($100,000.00), payable as follows: An initial payment of $50,000.00 and six installments, five of which shall be in the amount of Eight Thousand Three Hundred and Thirty-Three and 33/100 United States Dollars ($8,333.33) and the final installment shall be in the amount of Eight Thousand Three Hundred and Thirty-Three and 35/100 United States Dollars ($8,333.35).  These installments shall be made monthly, starting on February 15, 2023, with monthly payments due on the 15th of each ensuing month.  Fraim and Fiorella, PC, counsel for the Estate, shall be responsible to distribute the periodic payments equal to 1/6 of the monthly payment, or $1,388.89, to each beneficiary designated in paragraph 9, as all payments are received.

6. That the COMMONWEALTH OF VIRGINIA, by and through the VIRGINIA DEPARTMENT OF CORRECTIONS, has agreed upon a settlement for the aggregate sum of One Hundred Seventy-Five Thousand Dollars ($175,000.00) to Plaintiff's counsel for the claim against RONNIE CRAFT, DWAYNE MOSS, BRANDON NORRIS, and TORY JOHNSON.  Pursuant to the Settlement Agreement and Release entered into by the parties on December 27, 2022, this sum shall be remitted to Plaintiff's counsel before March 28, 2023.

7. That SEJAL PATEL has agreed upon a settlement for Twenty-Three Thousand and Two Hundred and Sixty-One Dollars and Ninety-Four Cents ($23,261.94) to Plaintiff's counsel for the claim against SEJAL PATEL. Additionally, SEJAL PATEL's insurance carrier has agreed to make a payment of Twenty-One Thousand and Seven Hundred and Thirty-Eight Dollars and Six Cents $21,738.06) for Loss Adjustment Expenses, which are not compensation for any claim, to Plaintiff's counsel.  These two payments total Forty-Five Thousand Dollars ($45,000).  Counsel for PATEL will prepare a Release for PATEL to sign and return to the undersigned, who will hold said release until receiving confirmation from counsel for PATEL that he has in his possession the settlement funds totaling $45,000.00.  Upon confirmation, the undersigned will have his client execute the Release and return it to counsel for PATEL, who will then tender the settlement funds to the undersigned.

8. That on December 21, 2022, this court entered an Order substituting BARTON & ASSOCIATES, INC. as a defendant in place of MICHAEL PICIO, dismissing MICHAEL PICIO with prejudice (ECF No. 143).  BARTON & ASSOCIATES, INC.  has agreed upon a settlement in the sum of Thirty-Seven Thousand and Five Hundred Dollars ($37,500.00).  This sum will be remitted to the Plaintiff before January 28, 2023.

9. That SHARON DALLAS, Administrator of the Estate of CHARLES DUYNES, deceased, believes that the total sum of Three Hundred Fifty-Seven Thousand and Five Hundred Dollars ($357,500.00) shall be paid as follows:

- The sum of One Hundred Sixty Thousand Eight Hundred Seventy-Five Dollars ($160,875.00) to be paid to the law firm of Fraim & Fiorella, PC, Jon M. Babineau, Esq., and Don Scott, Esq. for legal services rendered, as provided for in the legal services contract dates May 22, 2020;

- The sum of Twenty-One Thousand Seven Hundred Thirty-Eight and 06/100 Dollars ($21,738.06) to be paid to the law firm of Fraim & Fiorella, PC for legal costs, as provided for in the legal services contract dates May 22, 2020;

- The sum of Twenty Thousand Dollars ($20,000.00) to be paid to Sharon Dallas, Administrator for the administration of the Estate necessary for this matter to have been prosecuted and settled as set forth herein;

- The sum of Twenty-Five Thousand Eight Hundred Fourteen and 49/100 Dollars ($25,814.49) to be paid to Aryanna Duynes;

- The sum of Twenty-Five Thousand Eight Hundred Fourteen and 49/100 Dollars ($25,814.49) to be paid to Zyquan Stith;

- The sum of Twenty-Five Thousand Eight Hundred Fourteen and 49/100 Dollars ($25,814.49) to be paid to Azayah Palmer;

- The sum of Twenty-Five Thousand Eight Hundred Fourteen and 49/100 Dollars ($25,814.49) to be paid to Javil Painter;

- The sum of Twenty-Five Thousand Eight Hundred Fourteen and 49/100 Dollars ($25,814.49) for Adasia Butts shall be paid to the Norfolk Circuit Court Clerk to be held and distributed according to Virginia Statutory Law; and

- The sum of Twenty-Five Thousand Eight Hundred Fourteen and 49/100 Dollars ($25,814.49) for Antonio Forrest shall be paid to the Norfolk Circuit Court Clerk to be held and distributed according to Virginia Statutory Law.

8. That on December 28, 2022, a Stipulation of Dismissal with Prejudice was entered by this court as to RONNIE CRAFT, DWAYNE MOSS, BRANDON NORRIS, AND TORY JOHNSON.

9. That upon payment of the sums herein, the case against ARMOR CORRECTIONAL HEALTH SERVICES, SEJAL PATEL, BARTON & ASSOCIATES, INC., BENJAMIN ULEP, SHIRLEY ABOUHASSOUN-SEMLALI, TRACIE SEWARD, DAWNTE WALKER, MAKESHIA SYKES, and CRYSTAL ALLEN, shall be dismissed with prejudice.

*Wherefore*, the plaintiff, SHARON DALLAS, Administrator of the Estate of CHARLES DUYNES, Deceased, respectfully requests that all interested parties be convened, and that the Court approve and confirm this compromise and settlement in the amount of Three Hundred Fifty-Seven Thousand and Five Hundred Dollars ($357,500.00), for the alleged wrongful death of CHARLES DUYNES, and further that the Court enter an Order directing payment of said sum(s) in accordance with the terms described herein.

        SHARON DALLAS, Administratrix of the Estate of
        CHARLES DUYNES, deceased
By: _____/s/_____

Edward Fiorella, Jr., Esq., VSB # 26176
Fraim & Fiorella, P.C.
Town Point Center, Suite 601
150 Boush Street
Norfolk, Virginia 23510
(757) 227-5900
(757) 227-5901 (fax)
efiorella@ff-legal.com
*Counsel for the Plaintiff*

Don Scott, Esq., VSB No. 88725
Breit Biniazan
355 Crawford Street
Suite 704
Portsmouth, Virginia 23704
(757) 673-0001
(757) 673-0952 (fax)
Don @bbtrial.com
*Counsel for the Plaintiff*

Jon M. Babineau, Esq., VSB No. 27461
Jon M. Babineau, PC
150 Boush Street
Suite 601
Norfolk, VA 23510
757-622-8631
757-227-5901 (fax)
jon@babineaulaw.com
*Counsel for the Plaintiff*

5

## **CERTIFICATE**

I hereby certify that on this 27th day of January, 2023, I will electronically file the foregoing **MOTION** with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

A. William Charters, Esq., VSB No. 32183
Donna J. Hall, Esq., VSB No. 26513
C. Thea Pitzen, Esq., VSB No. 90152
Goodman Allen Donnelly, PLLC
150 Boush Street, Suite 900
Norfolk, VA 23510
(757) 625-1400
(757) 625-7701 (fax)
awcharters@goodmanallen.com
dhall@goodmanallen.com
tpitzen@goodmanallen.com
*Counsel for Armor Correctional Health Services, Crystal Allen,*
*Benjamin T. Ulep, Shirley Abouhassoun-Semlali,*
*Tracie Seward, Dawnte Walker, Makeshia Sykes*

Laura Maughan, Esq., VSB No. 87798
Assistant Attorney General
Office of the Attorney General
Criminal Justice & Public Safety Division
202 North 9th Street
Richmond, Virginia 23219
(804) 786-0030
(804) 786-4239 (fax)
lmaughan@oag.state.va.us
*Counsel for Captain Johnson, Sgt. Craft, Moss, Norris*

Eve Grandis Campbell, Esq., VSB No. 41490
Lilias M. Gordon, Esq., VSB No. 94767
O'Hagan Meyer PLLC
411 East Franklin St
Suite 500
Richmond, VA 23219
(804) 403-7100
(804) 237-0250 (fax)
ecampbell@ohaganmeyer.com
LGordon@ohaganmeyer.com
*Counsel for Michael Picio*

Edward J. McNelis, III, Esq., VSB No. 34003
Christopher F. Quirk, Esq., VSB No. 88238
Sands Anderson PC
1111 East Main Street, Suite 2400
P.O. Box 1998
Richmond, Virginia 23218-1998
(804) 783-7223
(804) 783-7291 (fax)
emcnelis@sandsanderson.com
cquirk@sandsanderson.com
*Counsel for Patel*

                                                  /s/
                          Edward Fiorella, Jr., Esq., VSB # 26176
                          Fraim & Fiorella, P.C.
                          Town Point Center, Suite 601
                          150 Boush Street
                          Norfolk, Virginia 23510
                          (757) 227-5900
                          (757) 227-5901 (fax)
                          efiorella@ff-legal.com
                          *Counsel for the Plaintiff*