CIVIL NON-JURY TRIAL OR MOTION HEARING:
MINUTE SHEET                                         DATE: 4-7-23

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE:<br>Sharon Dallas<br>v.<br>Sergeant Craft, et al | Case No. 3:21cv349 (DJN)<br>Judge: Novak<br>Court Reporter: Melissa Custis, OCR |

MATTER COMES ON FOR: ( ) BENCH TRIAL ( ) MOTION HEARING ( ) ✓OTHER: _____

APPEARANCES: Parties by ( ) with ( ) counsel     Pro Se ( )

Final Settlement Approval — _____

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( )  DEFENDANT(S) ( )  Court ( )

OPENING STATEMENTS MADE ( )     OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( )  RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )    ARGUMENTS OF COUNSEL HEARD ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )   MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )  TRIAL EXHIBITS ( )

Jon M. Babineau
Counsel for Plaintiff(s):

Christopher F. Quirk, Laura E. Maughan, Donna J. Hall
Counsel for Defendants:                          and Lilias M. Gordon

11:00 / 11:00 / 11:07
SET:   Began:   ENDED:         TIME IN COURT: 07

Final Settlement Hearing held. Terms of settlement placed on record. Factual findings made by the Court. Settlement approved by the Court. Final Order to Enter.

Final Settlement Hearing held. Terms of settlement placed on record. Factual findings made by the Court. Settlement approved by the Court. Final Order to enter.